UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 35274
    GLADYS L EWING
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-4116

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/23/04 and confirmed on 12/03/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  16000.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LUTHER APPLIANCE | SECURED | 100.00 | 9.54 | 100.00 |
| GATEWAY FINANCIAL SERV | SECURED | 5000.00 | 444.46 | 5000.00 |
| ADVOCATE PROFESSIONAL GR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 13061.92 | .00 | 3292.44 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | 501.63 | .00 | 126.44 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 1715.18 | .00 | 432.33 |
| LAKE PARK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | 690.00 | .00 | 173.92 |
| RIVERSIDE COMMUNITY HEAL | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 243.77 | .00 | 61.45 |
| SECRETARY OF THE STATE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 6279.94 | .00 | 1582.95 |
| SKO BRENNER AMERICAN | UNSECURED | NOT FILED | .00 | .00 |
| DBA ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERMS LOANS | UNSECURED | 309.40 | .00 | 77.99 |

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY STATES ATTOR | UNSECURED | NOT FILED | .00 | .00 |
| A ALL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH INC | FILED LATE | .00 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |

```
US EMPLOYEES CREDIT UNIO  UNSECURED      286.37            .00        72.18
LOAN SHOP                 UNSECURED      NOT FILED         .00          .00
LASALLE BANK FSB          UNSECURED      NOT FILED         .00          .00
LUTHER APPLIANCE          UNSECURED      962.36            .00       242.58
GATEWAY FINANCIAL SERV    UNSECURED     3900.00            .00       983.05
STEFANS STEFANS & STEFAN  REIMBURSEMENT  194.00            .00       194.00
```

Summary of disbursements:
```
------------------------------------------------------------------------------
                SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------

TOTAL CLMS ALLOWED   5100.00    194.00   27950.57        .00    33244.57
PRINCIPAL PAID       5100.00    194.00    7045.33        .00    12339.33
INTEREST PAID         454.00       .00        .00        .00       454.00
TOTAL PAID           5554.00    194.00    7045.33        .00    12793.33
```
The Debtor's attorney, STEFANS STEFANS & STEFANS    , was allowed $   2200.00
and was paid $    40.00   direct and $   2160.00   through the plan.

The Trustee received $    634.67 .

Refunds to the Debtor totaled $    412.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 02/12/08              /S/
                         GLENN STEARNS
                         CHAPTER 13 TRUSTEE




                         PAGE  2
         CASE NO. 04 B 35274 GLADYS L EWING